IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLAUDE GRANT, ORALENE DAY, PRINCESS MARTINDALE, FALETHA REED, DARRYL MCKIBBENS, DARREL GANT, ANTONIA MCKISSACK, PAMELA TUCKER, SANDRA DERRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE,<br><br>Defendant. | NO. 3:04-0630<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiffs' motion for class certification (Docket Entry No. 15) is **GRANTED**. Pursuant to Fed. R. Civ. P. 23(a) and (b)(2), the Court hereby **CERTIFIES** as a class all former, current, and future African-American employees of the Metropolitan Government of Nashville and Davidson County, Metro Water Services from the period January 1, 2000 to the present.

The parties shall have ten (10) days from the entry of this Order to address whether the preparation and publication of a class notice is necessary under Fed. R. Civ. P. 23(c)(2)(A). A status conference in this action is set for **Monday, August 22, 2005 at 3:00 p.m.** to determine the schedule for further pretrial proceedings.

It is so **ORDERED**.

**ENTERED** this the 8th day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge