IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CLAUDE GRANT, ORALENE DAY, )
PRINCESS MARTINDALE, FALETHA REID, )
DARRYL MCKIBBENS, DARREL GANT, )
ANTONIA MCKISSACK, PAMELA TUCKER, )
SANDRA DERRICK, individually and on )
behalf of all others similarly situated, )
)
    Plaintiffs, ) NO. 3:04-0630
) JUDGE HAYNES
v. )
)
METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY, )
TENNESSEE, )
)
    Defendant. )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion for a stay (Docket Entry No. 247) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 20th day of August, 2010.

William J. Haynes, Jr.
United States District Judge